AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>(1) Jin Hua ZHANG, (2) Feng CHEN, (3) Licheng HUANG, (4) Roger LUO, (5) Thong NGUYEN, (6) Augustin VILLA, and (7) Mariano SANTANA<br>*Defendant(s)* | Case No.  22-6321-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2021 to present** in the county of **Suffolk and elsewhere** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of cocaine |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Benjamin Wallace

☑ Continued on the attached sheet.

/s/ Benjamin Wallace
*Complainant's signature*

Benjamin Wallace, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/07/2022

*Judge's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, U.S. Chief Magistrate Judge
*Printed name and title*